UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF ARKANSAS
CENTRAL DIVISION

United States of America )
        Plaintiff )
         )
vs. ) No. 4:19CR00004-001
         )
John Earle Searcy, III )
        Defendant )
         )
Homebound Medical )
        Garnishee )

**AGREED FINAL ORDER IN GARNISHMENT**

The parties, the United States of America, plaintiff; the judgment defendant, John E. Searcy, III; and the Garnishee defendant, Homebound Medical, 358 Highway 5 No., Mountain Home, AR 72653, agree and stipulate as follows:

1.    The judgment defendant's name is John Earle Searcy, III. His Social Security Number is xxx-xx-6184, and his last known address is: 300 Highland Street, Apt.3, Calico Rock, Arkansas 72519.

2.    A Judgment was entered against the judgment defendant, John E. Searcy, in this action in the amount of $70,630.40, and post-judgment interest if so ordered. The total balance due on the Judgment is $65,469.74 as of March 29, 2021.

3.    The Garnishee defendant, Homebound Medical, has in its possession, custody or control, property of the judgment defendant in the form of wages paid to the judgment defendant, John E. Searcy, III.

4.    The judgment defendant, John E. Searcy, III, waives service of an application for a writ of continuing garnishment pursuant to § 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and further waives his right to a hearing under § 3205 and any

other process to which the judgment defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

5. The Garnishee defendant, Homebound Medical, waives service of an application for a writ of continuing garnishment pursuant to § 3205 of the Federal Debt Collection Procedures Act of 1990, 28. U.S.C. § 3205 and further waives its rights to answer and be heard in this matter and waives any other process to which the Garnishee defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

6. The judgment defendant, John E. Searcy, III, agrees and stipulates that his wages are subject to garnishment under § 3205 of the Federal Debt Collection Act, 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7. The parties therefore agree and stipulate to the entry of a final order in garnishment against the non-exempt wages of the judgment defendant, John E. Searcy, III. It is expressly agreed and stipulated to, by the parties, that the Garnishee defendant, Homebound Medical, shall pay into the hands of the United States District Clerk's Office, fifteen percent (15%) of judgment defendant's disposable earnings. To calculate disposable earnings, subtract the following from wages, commissions, and income:

    a. Federal Income Tax
    b. Federal Social Security Tax;
    c. Arkansas Income Tax;

8. The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $70,630.40, upon which there is an unpaid balance of $65,469.74 as of March 29, 2021. These deductions are to continue until the unpaid balance is fully paid and satisfied.

Copies to:

Stacey E. McCord
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1229
Little Rock, AR  72203

John Earle Searcy, III
Judgment Defendant
300 Highland Street, Apt. 3
Calico Rock, AR  72519

Homebound Medical
Garnishee
358 Highway 5 North
Mountain Home, AR 72653

Checks or money orders should reflect account number 4:19CR0004-001 be made payable to:

> U.S. District Clerk

and mailed to:

> U.S. District Courthouse
> 600 W. Capitol Avenue, Suite A149
> Little Rock, AR 72201

9. This order shall take effect after all prior orders in garnishment have been satisfied.

> Respectfully submitted,
> Jonathan D. Ross
> Acting United States Attorney

By: _____
Stacey E. McCord
Assistant United States Attorney

_____
John E. Searcy, III
Judgment Defendant

_____
Homebound Medical, Garnishee
Lynette Fleming, Human Resources

**APPROVED AND SO ORDERED** this 3RD day of May, 2021.

_____
Billy Roy Wilson, Judge
United States District Court

Checks or money orders should reflect account number 4:19CR0004-001 be made payable to:

U.S. District Clerk

and mailed to:

U.S. District Courthouse
600 W. Capitol Avenue, Suite A149
Little Rock, AR 72201

9. This order shall take effect after all prior orders in garnishment have been satisfied.

Respectfully submitted,
Jonathan D. Ross
Acting United States Attorney

By: _____
Stacey E. McCord
Assistant United States Attorney

_____
John E. Searcy, III
Judgment Defendant

_____
Homebound Medical, Garnishee
Lynette Fleming, Human Resources

**APPROVED AND SO ORDERED** this 3RD day of May, 2021.

_____
Billy Roy Wilson, Judge
United States District Court